IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| David Payton, #251272,      ) | C/A NO. 3:06-1787-CMC-JRM |
| )                                            | |
| Petitioner,        ) | |
| )                                            | **OPINION and ORDER** |
| v.                             ) | |
| )                                            | |
| Robert Stevenson, Warden, B.R.C.I.;      ) | |
| and Henry D. McMaster, Attorney General, ) | |
| )                                            | |
| Respondents.    ) | |
| _____ ) | |

This matter is before the court on Petitioner's *pro se* application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(c), DSC, this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pre-trial proceedings and a Report and Recommendation. On January 19, 2007, the Magistrate Judge issued a Report recommending that Respondents' motion for summary judgment be granted and this petition dismissed with prejudice. The Magistrate Judge advised Petitioner of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Petitioner has not filed objections to the Report; however, Petitioner has filed a "Motion for Dismissal of Petition (Without Prejudice)." (Dkt. # 15, filed Feb. 6, 2007.)

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the

recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that " in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order.

Respondents' motion for summary judgment is **granted**. Petitioner's motion to dismiss without prejudice is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON McGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 23, 2007

C:\temp\notesFFF692\06-1787 Payton v. Stevenson e addopt rr sumjgm granted procedural bar.wpd